District Judge James L. Robart
Magistrate Judge Monica J. Benton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LING JI and GEORGE ARMINGTON,<br><br>                    Plaintiffs,<br>    v.<br><br>TOM RIDGE, Secretary of the Department of Homeland Security; et al.,<br><br>                    Defendants. | No. C04-2197-JLR-MJB<br><br>JOINT STIPULATION AND ORDER FOR EXTENSION TO FILE JOINT STATUS REPORT PENDING ADMINISTRATIV PROCEEDINGS |

      WHEREAS Plaintiff originally filed a Complaint and Petition in this matter on October 26, 2004 (Dkt. #17). On December 23, 2004, the parties jointly requested that this matter be held in abeyance while Plaintiff pursued administrative remedies, which may resolve the issues in the underlying Complaint and Petition (Dkt. #8). The Court granted the parties' request (Dkt. #9).

      WHEREAS the parties have continued to request that this matter be continued or held in abeyance until Plaintiff's administrative waiver applications can be adjudicated, and the Court has continued to grant the parties' requests (Dkt. #10-23).

JOINT STIPULATION AND [PROPOSED] ORDER
FOR EXTENSION TO FILE JOINT STATUS
REPORT PENDING ADJUDICATION OF ADMINISTRATIVE APPLICATIONS
(C04-2197-JLR-MJB)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  WHEREAS Plaintiff has filed an I-192 Application for Advance Permission to Enter as Nonimmigrant with U.S. Customs and Border Patrol and Plaintiff has filed an I-212 Application for Permission to Reapply for Admission Into the United States After Deportation or Removal with U.S. Citizenship and Immigration Services.  Respondents are in receipt of both applications, and both applications are currently being adjudicated.  Respondents anticipate being able to render decisions on both the I-192 and the I-212 within 60 days.

WHEREAS the administrative adjudication of Plaintiff's I-192 and I-212 may resolve the issues in Plaintiff's underlying Complaint and Petition.  Thus, the parties request that this matter be further continued to allow time for the administrative waiver applications to be adjudicated.

NOW THEREFORE, the parties, through their respective counsel of record, do hereby stipulate and agree that the Court may make and enter the following order:

1.  The deadline for the parties to file the Joint Status Report set by the Court for February 10, 2006, shall be extended to April 10, 2006.

SO STIPULATED.

DATED this 13th day of February, 2006.

s/Robert Pauw
ROBERT PAUW #13613
Attorney for Plaintiff

JOINT STIPULATION AND [PROPOSED] ORDER
FOR EXTENSION TO FILE JOINT STATUS
REPORT PENDING ADJUDICATION OF ADMINISTRATIVE APPLICATIONS
(C04-2197-JLR-MJB)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1 | SO STIPULATED.

2

3 | DATED this 13th day of February, 2006.

4

5 | JOHN McKAY
United States Attorney

6

7 | s/Kristin B. Johnson
KRISTIN B. JOHNSON #28189
8 | Assistant United States Attorney
601 Union Street, Suite 5100
9 | Seattle, WA  98101-3903
E-mail   kristin.b.johnson@usdoj.gov
10 | Attorney for Defendant

11

12 | **ORDER**

13 | IT IS SO ORDERED.

14

15 | DATED this 15th day of February, 2006.

16

17 | _____
MONICA J. BENTON
18 | United States Magistrate Judge

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER
FOR EXTENSION TO FILE JOINT STATUS
REPORT PENDING ADJUDICATION OF ADMINISTRATIVE APPLICATIONS
(C04-2197-JLR-MJB)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970